AMBAC ASSURANCE CORPORATION et al., Respondents, v NOMURA CREDIT & CAPITAL, INC., Appellant, et al., Defendant.

[64 NYS3d 535]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Marcy S. Friedman, J.), entered June 3, 2015, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the order so appealed from be and the same is hereby affirmed, with costs, for the reasons stated by Friedman, J. (2015 NY Slip Op 30930[U]). Concur—Manzanet-Daniels, J.P., Mazzarelli, Kapnick and Webber, JJ.